**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EDWIN TERRY WINFORD,

Plaintiff,

vs. Case No. 3:26-cv-2429-MMH-LLL

JONATHAN S. MEEKS, et al.,

Defendants.
____________________________________/

**ORDER**

This cause is before the Court on Defendants' Motion to Dismiss Complaint for Violation of Civil Rights (Doc. 15; Motion), filed October 9, 2026. Proceeding pro se, Plaintiff Edwin Terry Winford initiated this action on September 16, 2026, by filing a Complaint for Violation of Civil Rights (Doc. 1; Complaint). On October 5, 2026, the Court struck the Complaint as an impermissible shotgun pleading and directed Plaintiff to file a corrected complaint. See Order (Doc. 14) at 4–6. Defendants, James Adam Owens and Mike Jorgensen, now assert that this action is due to be dismissed. See generally Motion.

Upon review of the Motion, the Court notes that Defendants failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local

Rule(s)), regarding the duty to confer. Indeed, pursuant to Local Rule 3.01(g), in motions filed with this Court, movants must include a certification in which they (1) certify that they have conferred with the opposing party on the motion, (2) indicate whether the opposing party agrees on the resolution of the motion, and (3) if the motion is opposed, explain the means by which the conference occurred. See Local Rule 3.01(g)(2).[1] Here, because the Motion contains no Local Rule 3.01(g) certification, it fails to comply with this Court's Local Rules and could be denied on this basis alone.

Regardless, Defendants' Motion is due to be denied as premature. Plaintiff has not yet filed his corrected complaint, and Plaintiff's time for doing so has not passed. See Order at 7 (directing Plaintiff to file his corrected complaint on or before October 26, 2026). As such, the Court will deny the Motion without prejudice to the filing of a renewed motion at the appropriate time. However, the Court cautions Defendants that they must comply with the Local Rules in all filings with the Court. Failure to do so may result in sanctions, including a denial of future motions without further notice.

Accordingly, it is

[1] Local Rule 3.01(g) provides for an exception for motions for injunctive relief, for judgment on the pleadings, for summary judgment, and to certify a class. See Local Rule 3.01(g)(1).

**ORDERED:**

Defendants' Motion to Dismiss Complaint for Violation of Civil Rights (Doc. 15) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of October, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Pro se party
Counsel of record